UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DERRICK PALMER

VERSUS

H&E EQUIPMENT SERVICES, LLC, ET AL.

CIVIL ACTION

18-688-SDD-EWD

### RULING AND JUDGMENT OF REMAND

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doom dated September 28, 2018.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the *Motion to Remand*[3] is hereby GRANTED, and this matter is remanded back to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, for lack of subject matter jurisdiction under 28 U.S.C. §1332(a).

Baton Rouge, Louisiana the 12 day of December, 2018.

*Shelly D. Dick*
SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 18.
[2] Rec. Doc. 21.
[3] Rec. Doc. 18.